**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Superior Insurance Partners, LLC
Plaintiff,
v.
Anthony Galano
Defendant.

Case No.: 1:25−cv−12828
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2026:

MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed defendant's motion to compel [86], which does not articulate why the discovery sought is relevant. The party moving to compel discovery bears the initial burden to establish that a discovery request is proper under Rule 26. *See Mendez v. City of Chicago*, No. 18−cv−6313, 2020 WL 4736399, at *3 (N.D. Ill. Aug. 14, 2020). Accordingly, defendant's motion to compel [86] is denied without prejudice. Plaintiff's motion for leave to file a response [87] is denied as moot. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.